United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

MICHAEL COOK,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

No. C 12-2336 RS

**ORDER RE IFP APPLICATION**

In this action, Michael Cook seeks judicial review of the Social Security Administration's final decision regarding the Supplemental Social Security Income checks that were returned to it. All other actions filed by Cook regarding these checks over the course of the past several years have now been terminated. A Procedural Order in this action, which includes a schedule for briefing on the merits was filed today, and it is anticipated that the matter will now proceed as any other action seeking review of a Social Security Administration determination. On May 9, 2012, however, a Clerk's Notice issued herein directing Cook either to pay the filing fee or to submit a completed *in forma pauperis* application to permit this case to go forward. Cook has failed to respond. Enclosed with the copy of this order being served on Cook is another copy of an *in forma pauperis* application, including a Certificate of Funds in Prisoner's Account form and a return envelope. If Cook fails either to pay the filing fee or to submit an *in forma pauperis* application within 30 days

of the date of this order, this action will be dismissed, the file closed, and the entire filing fee will become due immediately.

IT IS SO ORDERED.

Dated: 7/17/12

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

**THIS IS TO CERTIFY THAT A HARD COPY OF THIS ORDER WAS MAILED TO:**

**Michael Cook**
T-79529
Pelican Bay State Prison
Post Office Box 7500
Crescent City, CA 95532

DATED: 7/17/12

/s/ Chambers Staff

Chambers of Judge Richard Seeborg

United States District Court
For the Northern District of California

3

No. C 12-2336 RS