IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

MICHAEL COOK,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

No. C 12-2336 RS

**JUDGMENT**

Pursuant to the order issued this date on the parties' cross-motions for summary judgment, , the Court enters judgment in favor of defendant and against plaintiff in the above-entitled action..

IT IS SO ORDERED.

Dated: 3/31/14

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

1

No. C 12-2336 RS

| | |
|---|---|
| 1 | **THIS IS TO CERTIFY THAT A HARD COPY OF THIS ORDER WAS MAILED TO:** |
| 2 | |
| 3 | **Michael Cook**<br>T-79529 |
| 4 | Pelican Bay State Prison<br>Post Office Box 7500 |
| 5 | Crescent City, CA 95532 |
| 6 | |
| 7 | |
| 8 | DATED: |
| 9 | /s/ Chambers Staff |
| 10 | Chambers of Judge Richard Seeborg |

United States District Court
For the Northern District of California

2

No. C 12-2336 RS

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL COOK,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY et al,

    Defendant.

Case Number: CV12-02336 RS

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 31, 2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Michael Charles Cook T-79529
Pelican Bay State Prison
P.O. Box 7500
Cresent City, CA 95532

Dated: March 31, 2014

                                        Richard W. Wieking, Clerk
                                        By: Lisa R Clark, Deputy Clerk